**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oscar Herrejon, aka Jose Guadalupe Perez Castorena,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>        Defendant. | No. CV 06-1473-PHX-SMM (ECV)<br><br>**ORDER** |

    Defendant's Motion to Dismiss (Doc. #6) is now ready for the Court's consideration.

    **IT IS ORDERED** withdrawing the reference to the Magistrate Judge for Defendant's Motion to Dismiss (Doc. #6). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

    DATED this 9th day of November, 2006.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge